# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 22-3046 (TJB) |
| | : | |
| JAMAREE HUDSON | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Alexander E. Ramey, Assistant United States Attorney), and defendant Jamaree Hudson (by Adam Axel, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through September 30, 2023, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to discuss the matter and conduct plea negotiations in an effort to resolve the case before grand jury proceedings and trial; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and five prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Plea negotiations are ongoing, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

(2)   The United States has provided the defendant with discovery, and the defendant seeks additional time to review discovery;

(3)   The defendant having requested additional time to obtain the *en banc* opinion of the Third Circuit in *Range v. Att'y Gen. United States*, 53 F.4th 262 (3d Cir. 2022), *reh'g en banc granted, opinion vacated sub nom. Range v. Att'y Gen. United States of Am.*, 56 F.4th 992 (3d Cir. 2023);

(4)   The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(5)   The defendant has consented to the aforementioned continuance;

(6)   The grant of a continuance will likely conserve judicial resources; and

(7)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ⎯3rd⎯ day of ⎯August⎯, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through September 30, 2023; and it is further

ORDERED that the period from the date this Order is signed through September 30, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

*[signature]*
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Form and entry consented to:

*[signature]*
Alexander E. Ramey
Assistant United States Attorney

s/ Adam Axel
Adam Axel
Assistant Federal Public Defender
Counsel for Defendant Jamaree Hudson

*[signature]*
Eric A. Boden
Attorney-in-Charge
Trenton Branch Office