UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn, U.S.M.J. |
| v. | : | Crim. No. 24-413 (RK) |
| JAMAREE HUDSON | : | **ORDER CONTINUING CONDITIONS OF RELEASE** |

This matter having come before the Court on the October 1, 2024 Petition for Action of United States Pretrial Services, charging defendant Jamaree Hudson with a violation of the conditions of his presentence release; it appearing that the Court held a bail review hearing on October 3, 2024, at which the defendant, represented by counsel, Adam Axel, Assistant Federal Public Defender, and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) appeared; the United States having moved for presentence detention, pursuant 18 U.S.C. § 3143(a)(1) on the basis of the danger posed by the defendant to the community and any other person, namely the complainant identified in the Petition for Action; the defendant having opposed detention and sought an order continuing his current conditions of release; the Court having considered the allegations in the Petition, the recommendation of United States Pretrial Services, the proffers of the parties, and the arguments of counsel; for the reasons set forth on the

record; and for good cause shown,

THE COURT FINDS, by clear and convincing evidence:

1. That the defendant is not likely to flee; and
2. That there is a combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

IT IS, therefore, on this 3rd day of October, 2024,

ORDERED, pursuant to Title 18, United States Code, Section 3142(c), that all conditions of presentence release of the defendant, Jamaree Hudson, as previously imposed and modified in the Court's September 11, 2024 Order [ECF No. 41], are continued and shall remain in full effect.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

2