UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　v.<br><br>JAMAREE HUDSON | Hon. Justin T. Quinn<br><br>Crim. No. 24-413(RK)<br><br>CONSENT ORDER TO<br>MODIFY  CONDITIONS<br>OF RELEASE |

　　　　This matter having come before the Court by application of the Defendant Jamaree Hudson, (by Adam Axel, Assistant Federal Public Defender), with the consent of the Government (by Alexander Ramey), and Pretrial Services (by Todd Jones), the parties hereby consent to an Order:

IT IS on this __24th__ day of January, 2025,

　　　　ORDERED that:

Defendant's conditions of release be amended from home detention with location monitoring to location monitoring with a curfew, the hours of which will be approved by Pretrial Services. Further, the condition barring contact with Ashley Laurent is hereby removed. All other conditions to remain the same.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JUSTIN T. QUINN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE